IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASIAN AMERICANS ADVANCING JUSTICE-CHICAGO, CHANGE ILLINOIS, CHICAGO VOTES EDUCATION FUND, COMMON CAUSE ILLINOIS, ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS, and ILLINOIS PUBLIC INTEREST RESEARCH GROUP EDUCATION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>JESSE WHITE, in his official capacity as the Illinois Secretary of State, and ILLINOIS STATE BOARD OF ELECTIONS,<br><br>Defendants. | Case No. 1:20-cv-01478<br><br>Judge Charles R. Norgle, Sr.<br><br>Magistrate Judge Jeffrey I. Cummings |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Asian Americans Advancing Justice-Chicago, CHANGE Illinois, Chicago Votes Education Fund, Common Cause Illinois, Illinois Coalition for Immigrant and Refugee Rights, Illinois Public Interest Research Group Education Fund, and Defendant Jesse White (collectively, the "Parties"), having amicably resolved their differences pursuant to a Settlement Agreement dated June 24, 2021, hereby jointly stipulate and agree to the dismissal with prejudice of all claims in this action. The Parties further stipulate and agree that each party shall bear its own costs and attorneys' fees.

Dated: June 28, 2021

Chicago, Illinois

*/s/ Charles F. Smith*
Charles F. Smith
Corbin Houston
Michael Tomczyk (admission pending)
155 North Wacker Drive
Chicago, IL 60606
Tel: 312.407.0700
charles.smith@probonolaw.com
corbin.houston@probonolaw.com
michael.tomczyk@probonolaw.com

Aneel Chablani
Ami Gandhi
Jenny Terrell
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS
100 N. LaSalle St., Suite 600
Chicago, IL 60602
Tel: 312.888.4193
achablani@clccrul.org
agandhi@clccrul.org
jterrell@clccrul.org

Niyati Shah
ASIAN AMERICANS ADVANCING JUSTICE | AAJC
1620 L St., NW #1050
Washington, DC 20036
Tel: 202.296.2300
nshah@advancingjustice-aajc.org

*Counsel for Plaintiffs*

Respectfully submitted,

*/s/ Michael T. Dierkes*
Michael T. Dierkes
ILLINOIS ATTORNEY GENERAL'S OFFICE
100 West Randolph Street
13th Floor
Chicago, IL 60601
Tel: 312.814.3672
michael.dierkes@Illinois.gov

*Counsel for Defendant Jesse White*

2